UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Cecilia Del Carmen Pineda | § § § | Case No.: 18-30902<br>Chapter 13 |
| Debtor(s) | § | |

## WAGE ORDER

ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

ORDERED:

1. Tailored Shared Services, LLC, 6380 Rogerdale Rd., Houston, TX 77072, is ordered to pay $**369.23** each bi-weekly pay period ($800.00 per month) out of the income of Cecilia Del Carmen Pineda to the chapter 13 trustee. Payment shall be made to:

    William Heitkamp
    PO Box 740
    Memphis, TN 38101-0740

2. These wage deductions shall continue until further order of this Court.

3. The chapter 13 trustee and the debtors shall each submit a copy of this order to the employer.

Date  March 2, 2018                    Signature  **/s/** *Cecilia Del Carmen Pineda*
                                                  Cecilia Del Carmen Pineda
                                                  Debtor

DATE:_____

_____
United States Bankruptcy Judge